JS-6

Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMOSA TELEVISION CO., LTD, a Taiwanese corporation; GOLDIA ONE VISION COMPANY LIMITED, a Canadian limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VIETFACE MEDIA GROUP, INC., a California corporation; VIETFACE TV HOUSTON CORPORATION; a Texas corporation; VIETV NETWORK, LLC a Texas limited liability company; and DOES 1-10, Inclusive<br><br>Defendants | Case No.: 2:15-cv-8575 CAS (SSx)<br><br>[Proposed] ORDER DISMISSING CASE |

The Court, having considered the Stipulation for Dismissal filed by Plaintiffs Formosa Television Co. Ltd. and Goldia One Vision Company Ltd. (collectively "Plaintiffs") and Defendants Vietface Media Group, Inc., Vietface TV Houston Corporation, and Vietv Network, LLC ("Defendants") and good cause appearing, hereby orders as follows:

1  This case is hereby dismissed with prejudice. each Party, to bear his, her, or
2  its own costs of suit and attorneys' fees.

   IT IS SO ORDERED.

   DATED: _November 7, 2016          __
                                      Hon. Christina S. Snyder